**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (SBN 159936)
mgr@reichradcliffe.com
Adam T. Hoover (SBN 243226)
adhoover@reichradcliffe.com
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: (949) 975-0512
Fax: (949) 208-2839

**LIFSHITZ & MILLER LLP**
Joshua M. Lifshitz
jml@jlclasslaw.com
821 Franklin Ave., Suite 209
Garden City, NY 11530
Phone: (516) 493-9780
Fax: (516) 280-7376

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIK MIDGARDEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMPLIPHI BIOSCIENCES CORP., PAUL GRINT, JEREMY C. COOK, LOUIS DRAPEAU, WENDY JOHNSON, MICHAEL PERRY, and VIJAY SAMANT,<br><br>Defendants. | Civil Action No. 3:19-cv-00684<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Plaintiff Erik Midgarden ("Plaintiff") voluntarily dismisses his claims in the above captioned action (the "Action") with prejudice as to his claims and without prejudice as to the claims of the Class. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: May 10, 2019                                          Respectfully submitted,

**REICH RADCLIFFE & HOOVER LLP**
By: /s/ Marc G. Reich
Marc G. Reich

**LIFSHITZ & MILLER LLP**
Joshua M. Lifshitz
Attorneys for Plaintiff